**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE WILKINS, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Civil Action No: 22-2916 (SDW) (ESK)<br><br>**ORDER**<br><br><br>October 18, 2023 |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon Defendant Navy Federal Credit Union's Motion to Dismiss (D.E. 54 ("Motion")) Plaintiff Jacqueline Wilkins's ("Plaintiff") putative class action Amended Complaint (D.E. 52 ("FAC")) pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated October 18, 2023,

    **IT IS** on this 18th day of October 2023,

    **ORDERED** that Defendant's Motion is **GRANTED** and the FAC is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED.**

                                                                        /s/ Susan D. Wigenton
                                                       **SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk
                Edward S. Kiel, U.S.M.J.
                Parties